

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-73,727-03

**EX PARTE BONIFACIO JUAREZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 557969 IN THE 230TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to TEX. CODE CRIM. PROC. art. 11.07, § 3, *et seq.* Applicant was convicted of the felony offense of robbery, and punishment was assessed at ten years' confinement. Applicant's sentence was discharged on November 11, 2005.

This application was filed in the trial court on January 29, 2014, and this Court received it on July 9, 2014. In the application, Applicant listed the cause number he was challenging as cause no. 557969 but then listed the offense as felon in possession of a firearm. This was incorrect as

Applicant's conviction for felon in possession of a firearm is cause number 9426944. However, because it appeared that Applicant was challenging cause number 9426944 (felon in possession of a firearm), this Court recommended denying relief without written order in cause number 9426944. This has, in turn, created difficulties with the Harris County District Clerk's Office who had filed this application under cause number 557969.

Therefore, after reconsideration on our own motion, and in an attempt to remedy the confusion, the Court withdraws its previous order and substitutes this order. Applicant's application in cause number 557969 for the offense of robbery is hereby dismissed as sentence discharged. Should Applicant wish to re-file under cause number 9426944 for the offense of felon in possession of a firearm, he is free to do so.

Delivered: September 17, 2014
DO NOT PUBLISH